**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Docket No. |
| | : | |
| THERESA COPPOLA and | : | |
| MARIE ANTOINETTE BRIDAL | : | |
| SALON, LLC, | : | |
| | : | |
| Defendants. | : | May 5, 2026 |

## COMPLAINT

The United States of America, for its complaint, states and alleges as follows:

1.      This is a civil action brought by the Plaintiff, United States of America, on behalf of the United States Small Business Administration ("SBA"), with jurisdiction provided by 28 U.S.C. § 1345.

2.      Defendant Marie Antoinette Bridal Salon, LLC ("Marie Antoinette") is a corporation formed under the laws of the State of Connecticut and is within the jurisdiction of this Court.

3.      Defendant Theresa Coppola is a resident of Connecticut and Managing Member of Marie Antoinette Bridal Salon, LLC.

4.      On or about August 4, 2017, Marie Antoinette Bridal Salon, LLC obtained a federally guaranteed SBA Express loan ("Loan") in the amount of $100,000.00, which was authorized by the Berkshire Bank.  Exhibit A.

5. The Loan was evidenced by a Promissory Note ("Note") dated August 4, 2017 and executed by Defendant Theresa Coppola, in her capacity as Managing Member of Marie Antoinette Bridal Salon, LLC. Exhibit B.

6. On or about August 4, 2017, Defendant Theresa Coppola executed a Guaranty, pursuant to which she unconditionally and irrevocably guaranteed the full payment and performance of all obligations under the Loan. Exhibit C.

7. Marie Antoinette Bridal Salon, LLC failed to comply with the provisions and conditions of the Loan and the Note by failing to make payments of principal and interest when due.

8. As a result of the default under the Note, the entire outstanding indebtedness was declared immediately due and payable.

9. Following the default under the Note, the SBA became the holder of the Note by assignment. Exhibit D.

10. Written demand for payment has been made upon Defendants, but Defendants have failed and refused to pay.

11. As of May 5, 2026, Defendants are indebted to the United States in the amount of $150,201.53, inclusive of accrued interest. *See* Exhibit E (Certificate of Indebtedness reflecting the amount due as of February 18, 2026).

WHEREFORE, the Plaintiff, United States of America, demands judgment against Theresa Coppola and Marie Antoinette Bridal Salon, LLC, jointly and severally, in the amount of $150,201.53, plus costs, fees and interest that have accrued to the date of judgment; as well as interest at the legal rate pursuant to 28 U.S.C. § 1961 from the entry of judgment until the judgment is paid in full; and such other relief as the Court deems just and proper.

Respectfully Submitted,

DAVID X. SULLIVAN
United States Attorney


_____/s/_____

DARREN L. WALKER
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, Connecticut 06510
T: 203-821-3700 / F: 203-773-5393
Federal No. 208963
*Darren.Walker@usdoj.gov*

3